# UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| MONICA N. SANTOS <br> _____ <br> DEBTOR | Chapter 13 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | Case No. 18-13067-BFK |
| Movant | |
| v. | |
| Monica N. Santos <br> and <br> Thomas P. Gorman, Trustee, | |

## ANSWER AND REPORT OF TRUSTEE
## TO RELIEF FROM STAY MOTION

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and states that he has no opposition to the relief requested.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   October 15, 2018            __/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman
                                    Chapter 13 Trustee
                                    300 North Washington Street, Ste. 400
                                    Alexandria, VA 22314
                                    (703) 836-2226
                                    VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 15th day of October, 2018.

                                    /s/ Thomas P. Gorman_____
                                    Thomas P. Gorman